# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Nicole Cantu,<br><br>             Plaintiff,<br><br>v.<br><br>Stuart-Lippman and Associates Incorporated,<br><br>             Defendant. | No. CV-16-00028-TUC-RM<br><br>**ORDER** |

      Pending before the Court is the parties' Stipulation of Dismissal (Doc. 14). Good cause appearing,

      **IT IS ORDERED** that the Stipulation of Dismissal (Doc. 14) is **granted**. This case is **dismissed with prejudice**, each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to close this case.

      Dated this 28th day of April, 2016.

                                                      Honorable Rosemary Márquez
                                                      United States District Judge